UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| OLIVIA SNYDER NIX, | ] |
| Plaintiff(s), | ] |
| vs. | ] CV03-CO-01482-W |
| ROADWAY EXPRESS, INC., | ] |
| Defendant(s). | ] |

**ENTERED**
JUL 2 0 2004

## MEMORANDUM OF OPINION

The Court has for consideration the Motion for Partial Summary Judgment, filed by Defendant, Roadway Express, Inc., ("Roadway") on May 26, 2004 [Doc. # 24] and the Motion to Strike, filed by Roadway on June 25, 2004 [Doc. # 28].

The issues have been fully briefed and are ripe for the court's consideration.

There is a genuine issue of disputed fact that will need to be resolved by the jury. Defendant's Motion for Partial Summary Judgment and Motion to Strike are denied.

Done, this \_\_\_\_19\_\_\_\_ of July, 2004.

                                            L. SCOTT COOGLER
                                      UNITED STATES DISTRICT JUDGE